IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-540-CV





MICHAEL MASUR,



 APPELLANT


vs.





BERTRAM JOSEPH, M. D.,



 APPELLEE



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT



NO. 93-10718, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING



 




PER CURIAM



 Appellant has filed an agreed motion for dismissal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.




Before Chief Justice Carroll, Justices Jones and Kidd; Chief Justice Carroll Not Participating

Dismissed on Appellant's Motion

Filed: November 2, 1994

Do Not Publish